UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division

Case Number: 08-10059-CIV-MARTINEZ-BROWN

PATRICK SCHAUENBURG, an individual,

    Plaintiff,

vs.

KEY WEST TOURS, INC., a Florida
corporation d/b/a BLUE LAGOON
WATERSPORTS, WILSON-GIRARD, INC.,
d/b/a BLUE LAGOON WATERSPORTS,
TROY WILSON, SHERRY WILSON, d/b/a
BLUE LAGOON WATERSPORTS,

    Defendants.
_____/

## VERDICT FORM

1. Do you find from a preponderance of the evidence that Defendants were negligent in that they violated sections 327.54(1)(e), 327.54(4)(b), or 327.39(6)(b) of the Florida Statutes?

    Yes __X__       No _____

*If you answered "no" to this question, you need not answer the remaining questions.*

2. Do you find from a preponderance of the evidence that Defendants' negligence could not have been a contributory cause of the Plaintiff's jetski accident?

    Yes __X__       No _____

*If you answered "yes" to this question, you need not answer the remaining questions.*

3. Do you find by a preponderance of the evidence that Plaintiff also was negligent in the manner claimed by Defendants and that such negligence was a legal cause of the Plaintiff's own damage?

    Yes _____       No _____

4.  Do you find by a preponderance of the evidence that Robert Tylla's negligence was a legal cause of Plaintiff's damage?

    Yes_____          No_____

5.  What proportion or percentage of the Plaintiff's damage do you find from a preponderance of the evidence to have been legally caused by the negligence of the persons listed below?
    Answer in terms of Percentages.

    Plaintiff                _____%

    Defendants:              _____%

    Robert Tylla:            _____%

    (Note: The total of the percentages given in your answer should equal 100%.)

6.  If you answered "Yes" to Question One and "No" to Question Two, what sum of money do you find from a preponderance of the evidence is the total amount of the Plaintiff's damages (without adjustment by application of any percentages you may have given in answer to Question Five)?

    (a) Medical and hospital expenses          $_____

    (b) Mental or physical pain and            $_____
        anguish past and future

SO SAY WE ALL.

This 21 day of August, 2009, in Key West, Florida.

_____          8/21/2009
Foreperson (please sign)           Date

_____
Foreperson (please print)

-2-